# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

153385

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 153385
COA: 330823
Wayne CC: 14-010550-FC

ANTRELL VONIQUE BROWN,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 1, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017

s0123

Clerk